# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM R. CROWLEY & VICKI L. CROWLEY  Case Number: 04-70010
420 MAPLEWOOD AVENUE  SSN-xxx-xx-3278 & xxx-xx-1833
DEKALB, IL  60115

Case filed on: 1/2/2004
Plan Confirmed on: 3/1/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $28,900.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 174.00 | 174.00 | 174.00 | 0.00 |
|  | Total Administration | 174.00 | 174.00 | 174.00 | 0.00 |
| 003 | FRANKLIN CREDIT MANAGEMENT CORP | 0.00 | 0.00 | 18,194.24 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 18,194.24 | 0.00 |
| 000 | ATTORNEY JEFFREY M KRASNER | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 214 | ATTORNEY ANDREW E HOUHA #6216265 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WILLIAM R. CROWLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM R. CROWLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 5,000.00 | 5,000.00 | 3,475.24 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 4,997.76 | 4,997.76 | 3,473.68 | 0.00 |
| 004 | FRANKLIN CREDIT MANAGEMENT CORP | 5,099.60 | 2,322.31 | 1,614.12 | 0.00 |
|  | Total Secured | 15,097.36 | 12,320.07 | 8,563.04 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,713.29 | 2,713.29 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 1,089.16 | 1,089.16 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 489.17 | 489.17 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 5,734.36 | 5,734.36 | 0.00 | 0.00 |
| 010 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SEARS | 876.65 | 876.65 | 0.00 | 0.00 |
| 013 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,902.63 | 10,902.63 | 0.00 | 0.00 |
|  | Grand Total: | 27,373.99 | 24,596.70 | 28,131.28 | 0.00 |

Total Paid Claimant:     $28,131.28
Trustee Allowance:       $768.72
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan